1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  scalequalaccess@yahoo.com

6  Attorneys for Plaintiff
   MICHAEL RHAMBO

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MICHAEL RHAMBO,                    Case No.: 2:23-cv-06268−AS

12         Plaintiff,

13    vs.                             **NOTICE OF VOLUNTARY
                                      DISMISSAL OF ENTIRE ACTION
14 PREMIER RESOURCES ADAMS, LLC;     WITH PREJUDICE**
   and DOES 1 to 10,
15
           Defendants.
16

17

18

19     **PLEASE TAKE NOTICE** that MICHAEL RHAMBO ("Plaintiff") pursuant to
20 Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire
21 action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which
22 provides in relevant part:
23     (a) **Voluntary Dismissal.**
24         (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
25               and any applicable federal statute, the plaintiff may dismiss an action
26               without a court order by filing:
27         (i)   A notice of dismissal before the opposing party serves either an
28               answer or a motion for summary judgment.

                                    1
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED:  September 12, 2023         SO. CAL. EQUAL ACCESS GROUP

8                                                        By:   */s/   Jason J. Kim*
                                                                Jason J. Kim, Esq.
9                                                               Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**